UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ROBERT ZIMMER,<br>    Plaintiff,<br><br>v.<br><br>ULRS, INC., and TRAVELERS<br>CASUALTY & SURETY COMPANY OF<br>AMERICA,<br>    Defendant. | §<br>§<br>§<br>§    CIVIL ACTION NO.<br>§<br>§<br>§<br>§<br>§<br>§ |

**NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant, ULRS, Inc., and Travelers Casualty & Surety Company of America, hereby files this Notice of Removal pursuant to 28 U.S.C. § 1441 and § 1446, removing the above-captioned case to the United States District Court for the Western District of Texas, and in support thereof respectfully show the following:

1. This suit was originally filed in and for Travis County, Texas as Cause No. J5-CV-22-265179, styled as *Robert Zimmer v. ULRS, Inc., and Travelers Casualty & Surety Company of America,* (referred to hereafter as "the state suit").

2. Defendant received the initial pleading in the State suit fewer than thirty days prior to the filing of this notice.

3. The State suit alleges causes of action pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (referred to hereafter as "FDCPA.")  This suit therefore is a civil action arising under the Constitution, laws, or treaties of the United States.  This Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441.

4. Defendant has attached an Index of Attachments to this notice itemizing Exhibits A-D as required by 28 U.S.C. § 1446(a) and Local Rule 81 as follows:

A. A true and correct copy of all process, pleadings, and papers filed and served in this action as of the date of filing this Notice of Removal;

B. Notice of Removal to be filed in state court;

C. List of Parties and Attorneys; and

D. Declaration.

5. Concurrently with the filing of this Notice of Removal, Defendant provided written notice thereof to Plaintiff and filed a copy of the notice with the clerk of the state court.

Respectfully submitted,

**MAURICE WUTSCHER LLP**

*//s// Keith Wier*
Keith Wier; SBN: 21436100
Fed. ID No. 7930
5851 Legacy Circle, Suite 600
Plano, Texas 75024
Telephone: (469)-375-6792
Telecopier: (888) 852-5729
Email: kwier@mauricewutscher.com

**ATTORNEY FOR DEFENDANTS,
ULRS, INC., and TRAVELERS CASUALTY &
SURETY COMPANY OF AMERICA**

## CERTIFICATE OF SERVICE

    I hereby certify that on January 13, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and provided a copy to Plaintiff as follows:

Robert Zimmer, Esq.
Zimmer & Associates
1108 Lavaca Street, Suite 110-187
Austin, TX 78701
zimmerlawTX@gmail.com

                                                *//s// Keith Wier*
                                                Keith Wier

## INDEX OF ALL ATTACHMENTS

A. State Court Pleadings

B. Notice of Removal to be filed in state court

C. List of Parties and Attorneys

D. Declaration



770 Pennsylvania Drive
Suite 110
Exton, PA 19341

Andrew Wilson
Senior Claim Representative
Bond & Specialty Insurance Claim
Phone: (610) 458-2269
Fax: (888) 256-5427
Email: APWILSON@travelers.com

December 26, 2022

Ulrs, Inc
38790 Sky Canyon Dr
MURRIETA, CA 92563-253

|  |  |
|---|---|
| Re: | Travelers Casualty and Surety Company of America |
| Our File No.: | 088-SC-T2217274-NR |
| Bond No.: | 037-S-7752241610 |
| Principal: | Ulrs, Inc |
| Lawsuit: | Robert Zimmer VS Ulrs, Inc. et.al |

Dear Sir/Madam:

Travelers Casualty and Surety Company of America ("the Surety") is in receipt of a Summons and Complaint in the referenced action. Assuming proper service, we calculate the answer date for the Surety to be on or about 12/30/2022. A copy of the Summons and Complaint are enclosed.

In accordance with the terms and conditions of our Indemnity Agreement and generally accepted Surety law, the Surety hereby tenders the defense of this litigation to you, as our Principal and Indemnitor, to protect and save harmless the Surety from any loss, cost or expense connected with the above-referenced lawsuit.

Please provide the Surety with a detailed narrative response to the allegations in the Complaint along with all documentation relating directly to the suit. Additionally, and assuming your acceptance of this tender, we require that any pleadings or other documents which our mutual counsel recommends be filed or executed on our behalf or which might impact the interest of the Surety be provided to the Surety <u>prior to filing or presentation. The Surety must have sufficient time to review all pleadings or documents filed on its behalf</u> so that the Surety can ensure that its defense is being conducted properly.

If this tender of defense is acceptable, please acknowledge such acceptance by completing and executing page three of the enclosed copy of this letter and return it to me immediately. If it is necessary for the Surety to hire its own counsel at this time, the Surety will seek reimbursement from you under the terms of the Indemnity Agreement. In the event the tender of defense is not acceptable, please call me at the telephone number indicated above.

Please understand that our tender of defense is not intended as, nor should it be construed to be, a waiver of our right at our sole discretion to retain counsel to represent the interests of the Surety at any time during the pendency of this claim, and to thereafter seek reimbursement for all resultant costs, fees and expenses under the terms of the Indemnity Agreement.

************************ **Our toll-free number is 800-842-8496** *************************
If possible, please send future communications and documents concerning this claim via email to APWILSON@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

Rev 08/09/14                                                                                                                  CS-12bpo

**Travelers**

Robert Zimmer VS Ulrs, Inc. et.al
December 26, 2022
Page 2

Please let us hear from you as soon as possible, but in no event later than 7 days from the date of this letter.

Sincerely,

*Andrew Wilson*

Enclosure

************************ **Our toll-free number is 800-842-8496** *************************
If possible, please send future communications and documents concerning this claim via email to APWILSON@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

Rev 08/09/14                                                                                                                                  CS-12bpo

**Travelers**

Robert Zimmer VS Ulrs, Inc. et.al
December 26, 2022
Page 3

Tender of Defense Accepted By:

_____
(NAME OF PRINCIPAL)

_____
(SIGNATURE)

_____
(PRINTED NAME)

_____
(TITLE)

_____
(DATE)

The law firm retained by to represent and protect the interest of both the Principal and Travelers Casualty and Surety Company of America (the Surety) at the sole expense of the Principal is:

FIRM: _____

NAME: _____
      (Primary Attorney)

ADDRESS: _____

EMAIL ADDRESS: _____

TELEPHONE NO.: _____

FACSIMILE NO.: _____

Our File No.: 088-SC-T2217274-NR

************************ **Our toll-free number is 800-842-8496** *************************
If possible, please send future communications and documents concerning this claim via email to APWILSON@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

Rev 08/09/14                                                                                                      CS-12bpo



Commercial Surety - Exton

P.O. Box 2989
Hartford, CT, 06104-2989

Andrew Wilson
Senior Claim Representative
Bond & Specialty Insurance Claim
Phone: (610) 458-2269
Fax: (888) 256-5427
Email: APWILSON@travelers.com

December 27, 2022
Zimmer & Associates, A Law Firm
1108 Lavaca Street, Suite 110-
AUSTIN, TX 78701

Re:            Travelers Casualty and Surety Company of America
Our File No.:  088-SC-T2217274-NR
Bond No.:      037-S-7752241610
Principal:     Ulrs, Inc
Obligee:       Texas Secretary of State, Registrations Unit
Claimant:      Zimmer, Robert
Lawsuit:       Robert Zimmer VS Ulrs, Inc. et.al

Dear Sir/Madam:

This will acknowledge receipt of a Summons and Complaint in the above referenced action involving bond 037-S-7752241610. Please note that our acknowledgment of receipt of the Summons and Complaint should not be construed as an admission of liability under the bond, nor as waiver or estoppel of any rights or defenses of Travelers or its Principal under the bond or any applicable law.

However, pending the appearance of counsel in the above litigation, we invite you to submit any additional documentation you believe is necessary for Travelers to review your client's claim, if you are willing to do so without formal discovery. Travelers will review this litigation with our Principal in order to ascertain its position and intentions. After we have done so, we will communicate with you through the attorneys we anticipate appearing to represent Travelers in the above litigation.

Sincerely,

*Andrew Wilson*

cc:     Principal

************************ **Our toll-free number is 800-842-8496** *************************
If possible, please send future communications and documents concerning this claim via email to APWILSON@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

Rev 08/12/17                                                                                    CS-11cc



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 26069971**
**Date Processed: 12/16/2022**

| | |
|---|---|
| Primary Contact: | Sharon Brooks - MS 08-A<br>The Travelers Companies, Inc.<br>1 Tower Sq<br>Rm 8MS<br>Hartford, CT 06183-0001 |

| | |
|---|---|
| Entity: | Travelers Casualty and Surety Company of America<br>Entity ID Number  2319288 |
| Entity Served: | Travelers Casualty & Surety Company Of America |
| Title of Action: | Robert Zimmer vs. Ulrs Inc |
| Matter Name/ID: | Robert Zimmer vs. Ulrs Inc  (13355514) |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Contract |
| Court/Agency: | Travis County Justice Court, TX |
| Case/Reference No: | J5-CV-22-265179 |
| Jurisdiction Served: | Texas |
| Date Served on CSC: | 12/16/2022 |
| Answer or Appearance Due: | 14 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Zimmer & Associates<br>512-434-0306 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

## JUSTICE CIVIL CITATION

AGENT TO BE SERVED:
CORPORATION SERVICE COMPANY
211 EAST 7TH ST. STE. 620
AUSTIN, TX 78701

THE STATE OF TEXAS

TO: TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA
211 E 7TH STREET SUITE 620
AUSTIN TX 78701

**YOU HAVE BEEN SUED.** You may employ an attorney to help you in defending against this lawsuit, but you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.

**YOUR WRITTEN RESPONSE** to this lawsuit shall be filed in Justice of the Peace, Precinct Five, at 1000 Guadalupe Street Room 117, Austin, Texas 78701. E-mail JP5civil@traviscountytx.gov. Phone # (512) 854-9050. A copy of your written response or any other document you file with the court must be served on all other parties. Proof of service must be evidenced by a certificate of service attached to the document filed with the Court. Please consult Texas Rules of Civil Procedure, Rule 501.4 for additional information.

THE LAW PROHIBITS THE JUDGE & THE CLERKS FROM GIVING LEGAL ADVICE, SO PLEASE DO NOT SEEK SUCH ADVICE FROM THIS OFFICE. ANY QUESTIONS YOU HAVE SHOULD BE DIRECTED TO AN ATTORNEY.

Your cause number is **J5-CV-22-265179,** case styled
**ROBERT ZIMMER, Plaintiff/s vs.**
**ULRS, INC.; TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA , Defendant/s**
was filed in the Justice Court, Precinct Five, on December 08, 2022.

Issued and given under my hand on December 09, 2022.

Judge Nicholas Chu
Justice of the Peace, Pct. 5
1000 Guadalupe Street #117
Austin, Texas 78701

**Plaintiff / Plaintiff Attorney / Plaintiff Agent (if applicable):**
ROBERT ZIMMER
1108 LAVACA STREET SUITE 110-187
AUSTIN TX 78701
<<<<<SEE PETITION FOR TELEPHONE NUMBER>>>>

---------------------------------------------------OFFICER'S RETURN---------------------------------------------------

Came to the hand on the _____ day of _____, 20____ at _____ o'clock _____ . M.
Executed at _____ within County of _____ at _____ o'clock _____ . M. on the
_____ day of _____, 20____, by delivering to the within named
_____

a true copy of this citation together with the accompanying copy of the petition having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

To certify which witness my hand officially: _____
SERVICE FEE $ _____ of _____ County, Texas
By Deputy _____

Filed: 12/8/2022 4:30 PM
Justice of the Peace, Pct.5
Travis County, Texas
J5-CV-22-265179

J5-CV-22-265179

NO. _____

| | | |
|---|---|---|
| ROBERT ZIMMER,<br>*Plaintiff* | § § § § § | IN THE JUSTICE COURT |
| VS. | § § | |
| ULRS, INC.,<br>*and*<br>TRAVELERS CASUALTY & SURETY<br>COMPANY OF AMERICA,<br>*Defendants* | § § § § § § § | PRECINCT NO. 4<br><br>TRAVIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW PLAINTIFF Robert Zimmer ("Zimmer"), and files this, his Original Petition, complaining of DEFENDANT ULRS, Inc. ("ULRS") and Travelers Casualty and Surety Company of America ("Travelers"), and for causes of action would show this Honorable Court the following:

### PARTIES

Plaintiff Robert Zimmer is a resident of Travis County, Texas.

Defendant ULRS, Inc. is a foreign corporation domiciled in California, which conducts or otherwise transacts business in Texas.

Defendant ULRS, Inc. may be served with process through its registered agent, PETER BRONSTEIN, 1999 AVE. OF THE STARS, STE 1100, LOS ANGELES, CA 90067.

Defendant Travelers Casualty and Surety Company of America is a Connecticut company which does or otherwise transacts business in Texas.

Defendant Travelers Casualty and Surety Company of America may be served via its registered agent, CORPORATION SERVICE COMPANY, at 211 EAST 7TH ST., STE. 620, AUSTIN, TX 78701.

## VENUE AND JURISDICTION

1. Venue is proper in this Court because Travis County, Texas is where events giving rise to Zimmer's claims occurred (see Tex. Civ. Prac. & Rem. Code §§ 15.002(a).
2. The amount in controversy is within the jurisdictional limits of this Court, i.e., $20,000.00.

## FACTUAL ALLEGATIONS

3. At all times relevant to this claim, Plaintiff was a "consumer" as that term is defined in the Texas Debt Collection Act ("TDCA"), Tex Fin. Code § 392.001(1), and as that term is defined in the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692(a)(3).
4. At all times relevant to this claim, ULRS was both a "debt collector" and a "third-party debt collector" as those terms are defined in the TDCA§ 392.001(6) and (7), respectively.
5. At all times relevant to this claim, ULRS was a "debt collector" as that term is defined in the FDCPA § 1692a(6).
6. Since September 15, 2022, ULRS has left at least eight (8) voicemails on Plaintiff's office phone number (512-434-0306) in an attempt to collect an alleged debt (the "alleged debt").
7. Each of the eight voicemails contained to following message: "[Name indistinguishable] calling from [name indistinguishable] calling about a personal business matter, please

Case 1:23-cv-00046-DAE   Document 1   Filed 01/13/23   Page 13 of 19
Filed: 12/8/2022 4:30 PM
Justice of the Peace, Pct.5
Travis County, Texas
J5-CV-22-265179

contact me at 877-785-8552 extension [unclear] this communication from a debt collector thank you."

8. The voicemails are each "communications" as that term is defined in the FDCPA § 1692a(2).

9. None of the voicemails meaningfully identified the party placing the call.

10. None of the voicemails stated to whom the messages were directed.

11. None of the voicemails stated that ULRS was seeking location information about Plaintiff.

12. Plaintiff's paralegal heard the voicemails.

13. ULRS's initial communication with Plaintiff (its September 15, 2022 voicemail), failed to state the required disclaimer that the communication was an attempt to collect a debt.

14. ULRS failed to mail Plaintiff the written notice required by the FDCPA 1692g(a) within five days of its initial communication with Plaintiff on September 15, 2022.

15. In fact, Plaintiff has never received any written communications whatsoever from ULRS to explain or justify its repeated collection phone calls.

16. Travelers Casualty and Surety Company is liable for acts committed by ULRS pursuant to, and to the extent provided by TDCA § 392.101 and a bond secured pursuant thereto, as well as any other applicable law. Specifically, Travelers is liable on bond number **7752241610 TX.**

## CAUSES OF ACTION

### COUNT I

### VIOLATION OF THE TEXAS DEBT COLLECTION ACT ("TDCA"), TEX. FIN. CODE §392 *et seq.*

17. Plaintiff incorporates the preceding paragraphs as if set forth at length.

18. ULRS violated the TDCA § 392.302(2) eight times (to date) because each of its voicemails failed to meaningfully identify the company and individual placing the call.

19. As a result of ULRS' violations of the TDCA, Plaintiff is entitled actual damages pursuant to the TDCA § 392.403(a)(2); to injunctive relief pursuant to the TDCA § 392.403(a)(1); and reasonable attorney's fees pursuant to the TDCA § 392.403(b).

## COUNT II

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT ("FDCPA"), 15 U.S.C. § 1692 et seq.

20. Plaintiff incorporates the preceding paragraphs as if set forth at length.

21. ULRS violated the FDCPA § 1692g(a) by failing to provide the required written notice regarding the alleged debt within five days of its initial communication with Plaintiff.

22. ULRS repeatedly violated the FDCPA § 1692d(6) because its voicemails failed to meaningfully disclose the caller's identity.

23. ULRS violated the FDCPA § 1692c(b) because Zimmer's paralegal heard the voicemails, and the FDCPA § 1692c(b) prohibits communication with third parties about the alleged debt without the consumer's permission and where the communication is not sought for purposes of locating the consumer.

24. Due to ULRS' violations of the FDCPA, Zimmer is entitled to actual damages pursuant to the FDCPA § 1692k(a)(1), according to proof; statutory damages of $1000.00 pursuant to the FDCPA § 1692k(a)(2)(A); and attorney fees pursuant to FDCPA § 1692k(a)(3).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff ROBERT ZIMMER prays that this Court:

a. award Zimmer statutory damages of $1000.00, and actual damages according to proof, and attorney fees and costs of court, per the FDCPA § 1692k;

b. award Zimmer actual damages according to proof, per the TDCA § 392.403;

c. enter an order enjoining ULRS from engaging in any further collection activities on this alleged debt as to Zimmer, the injunction being authorized by the TDCA §392.403.

d. award Zimmer reasonable attorney's fees as authorized by the FDCPA and TDCA.

e. Award Zimmer any other relief which this Court may find him entitled, at law or in equity.

Respectfully Submitted,

**Zimmer & Associates, A Law Firm**
1108 Lavaca Street, Suite 110-187
Austin, Texas 78701
Telephone/Fax: (512) 434-0306

/s/ Robert Zimmer
By:    Robert Zimmer
State Bar No. 24098662
zimmerlawTX@gmail.com

**ATTORNEY FOR PLAINTIFF**

CAUSE NO. J5-CV-22-265179

| | | |
|---|---|---|
| **ROBERT ZIMMER,** § | IN THE JUSTICE COURT | |
| Plaintiff § | | |
| § | | |
| v. § | PRECINCT 4 | |
| § | | |
| **ULRS, INC., and TRAVELERS** § | | |
| **CASUALTY & SURETY COMPANY** § | | |
| **OF AMERICA,** § | | |
| Defendant. § | TRAVIS COUNTY, TEXAS | |

### DEFENDANTS ULRS, INC., and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA'S NOTIFICATION OF NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants, ULRS, INC., and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA., and files this Notice of Removal with the County Court as follows:

Pursuant to 28 U.S.C. §1446(d), notice is hereby given of the removal of the above-captioned action from this court to the United States District Court, Western District of Texas. A copy of the Notice of Removal filed in the United States District Court is attached hereto as Exhibit "A."

Respectfully submitted,

**MAURICE WUTSCHER LLP**

*//s// Keith Wier*
Keith Wier; SBN: 21436100
Fed. ID No. 7930
5851 Legacy Circle, Suite 600
Plano, Texas 75024
Telephone: (469)-375-6792
Telecopier: (888) 852-5729
Email: kwier@mauricewutscher.com

**ATTORNEY FOR DEFENDANT,
ULRS, INC., and TRAVELERS CASUALTY
& SURETY COMPANY OF AMERICA**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record via electronic mail on this 13th day of January, 2023, as follows:

Robert Zimmer, Esq.
Zimmer & Associates
1108 Lavaca Street, Suite 110-187
Austin, TX  78701
zimmerlawTX@gmail.com

                                                *//s// Keith Wier*
                                                Keith Wier

## **PARTIES AND ATTORNEYS**

Robert Zimmer                                                                                          Plaintiff

ULRS, Inc., and Travelers Casualty
& Surety Company of America,                                                             Defendants

ATTORNEYS FOR DEFENDANTS**:**
Keith Wier
MAURICE WUTSCHER LLP
5851 Legacy Circle, Suite 600
Plano, Texas 75024
Telephone: (469)-375-6792
Telecopier: (888) 852-5729
Email: kwier@mauricewutscher.com


ATTORNEY FOR PLAINTIFF, ROBERT ZIMMER:

Robert Zimmer, Esq.
ZIMMER & ASSOCIATES
1108 Lavaca Street, Suite 110-187
Austin, TX  78701
Telephone: (512)-434-0306
Email:  zimmerlawTX@gmail.com

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

## DECLARATION UNDER PENALTY OF PERJURY

"I, Keith Wier, declare under penalty of perjury that I have spoken with the representative for Noack Law Firm, PLLC, and it consents to the removal to federal court."

EXECUTED on this 9th day of January, 2023.

                                               ***/s/ Keith Wier***
                                               Keith Wier