UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT ZIMMER,<br>*Plaintiff* | § § § § | CASE NO. 1:23-cv-00046-DAE |
| VS. | § § | Hon. David A. Ezra |
| ULRS, INC.,<br>and<br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,<br>*Defendants* | § § § § § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

On **May 1**, 2023, the Court received the Parties' Stipulation of Dismissal, with prejudice, in the above-styled case.

Plaintiff's claims against Defendants are hereby DISMISSED, WITH PREJUDICE. The parties shall bear their own costs and attorney fees.

SO ORDERED and SIGNED on **May 1**, 2023.

_____
Hon. David A. Ezra
UNITED STATES DISTRICT JUDGE